FILED

05/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0237

FILED

MAY 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

NICK LENIER WILSON,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

Representing himself, Nick Lenier Wilson has filed a verified Petition for an Out-of-Time Appeal, indicating that he failed to file a timely Notice of Appeal because the final judgment was sent to the wrong address. He includes supporting documents.

Wilson explains that the Clerk of the District Court mailed the Ravalli County District Court's Opinion and Order for his petition for postconviction relief to a home address on record, prior to his arrest. He states that he has not lived there since March 18, 2018. He adds that after his July 2019 sentencing, he has been incarcerated in the Montana State Prison. Following his March 2023 placement in the pre-release center in Butte, he contacted the Clerk of District Court about his petition for relief there.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Wilson includes a copy of the January 17, 2023 Opinion and Order denying and dismissing his petition for postconviction relief. He also attaches a copy of the March 21, 2023 letter noting that the clerk's office had received the returned Opinion and Order for failure to deliver because of a wrong address. We conclude that Wilson has demonstrated extraordinary circumstances.

IT IS THEREFORE ORDERED that Wilson's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that Wilson shall prepare, file, and serve a Notice of Appeal on or before Thursday, June 8, 2023.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Nick Lenier Wilson along with a copy of this Court's Appellate Handbook.

DATED this ___9th___ day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices